JOSEPH OSTROFF and Another v. GEORGE DOCTOR.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Smith, Merrell, McAvoy and Martin, JJ.

In the Matter of the Application of CAMERON BLAIKIE and Another for an Order Confirming Award of Arbitrators in Controversy between SCHUYLER A. ORVIS and CAMERON BLAIKIE and Another.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Smith, Merrell, McAvoy and Martin, JJ.

WILLIAM S. EVANS v. STAR COMPANY.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Smith, Merrell, McAvoy and Martin, JJ.

ALBERT B. FLAGG v. CUSHMAN & DENISON MANUFACTURING COMPANY.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Smith, Merrell, McAvoy and Martin, JJ.

CAESAR A. BERTOLINO, as Executor, etc., v. LONDON COUNTY, WESTMINSTER & PARR'S BANK, LTD., and Another.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Smith, Merrell, McAvoy and Martin, JJ.

JULIA GARRITY v. ROSA PERRELLA, Impleaded, etc.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Smith, Merrell, McAvoy and Martin, JJ.

JACQUES KIRSCH v. HERCULEAN PRODUCTS COMPANY. — Motion denied, with ten dollars costs. Present — Clarke, P. J., Smith, Merrell, McAvoy and Martin, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. JOHN J. TULP v. THE WARDEN OF THE NEW YORK COUNTY PENITENTIARY.— Motion denied. Present — Clarke, P. J., Smith, Merrell, McAvoy and Martin, JJ.

RELIANCE-GRANT ELEVATOR EQUIPMENT CORPORATION v. RELIANCE BALL BEARING DOOR HANGER COMPANY and Another.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Smith, Merrell, McAvoy and Martin, JJ.

In the Matter of the Application of NATIONAL CITY BANK OF NEW YORK to Perpetuate the Testimony of ROBIE R. STEVENS (SAN GALLI GRACE & Co.). THE NATIONAL CITY BANK OF NEW YORK v. W. R. GRACE & Co., Appearing Specially.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Smith, Merrell, McAvoy and Martin, JJ.

REPUBLIC OF FRANCE v. MAURICE O'MEARA COMPANY.— Motion for leave to appeal granted; motion for reargument denied. Present — Clarke, P. J., Smith, Merrell, McAvoy and Martin, JJ.

In the Matter of the Application of CHARLES KADIN, Appellant, and DAVID SILBERSTEIN and Others, Respondents.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Smith, Merrell, McAvoy and Martin, JJ.

In the Matter of the Application of THE CITY OF NEW YORK, WESTCHESTER AVENUE, etc. (Closing Old Clason's Point Road.) — Motion denied, with ten dollars costs. Present — Clarke, P. J., Smith, Merrell and McAvoy, JJ.

In the Matter of TERENCE KELLY, Deceased.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Smith, Merrell, McAvoy and Martin, JJ.

THE EQUITABLE TRUST COMPANY OF NEW YORK, as Trustee, etc., v. EDGAR G. PRATT, as Executor, etc., and Another; HARVARD COLLEGE and Another.— Motion denied. Present — Clarke, P. J., Smith, Merrell, McAvoy and Martin, JJ.

ANTOINETTE AMENDOLA v. RALPH AMENDOLA.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Smith, Merrell, McAvoy and Martin, JJ.

FREDERICK W. GRAVES v. KALTENBACH & STEPHENS, INC.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Smith, Merrell, McAvoy and Martin, JJ.